Argued May 18, affirmed June 27, 1978

In the Matter of the Dissolution of the Marriage of
BODINE, *Respondent,*
*and*
BODINE, *Appellant.*
(No. 99377, CA 9564)

579 P2d 1311

Bruce W. Williams, Salem, argued the cause for appellant. With him on the brief was Williams, Spooner & Graves, Salem.

Mark L. B. Wheeler, Salem, argued the cause for respondent. With him on the brief was Schlegel, Milbank, Wheeler, Jarman & Hilgemann, Salem.

Before Thornton, Presiding Judge, and Tanzer and Buttler, Judges.

PER CURIAM.

Affirmed. No costs to either party. *Babb and Babb,* 30 Or App 581, 567 P2d 599, *rev den* (1977).